# BURR & FORMAN LLP

ATTORNEYS AND COUNSELORS

420 North Twentieth Street, Suite 3100
Birmingham, Alabama 35203-5206

(205) 251-3000
(205) 458-5100 (Fax)

Julie Crawford
Direct Dial: (205) 458-5374
Direct Fax: (205) 714-6843
Email: jcrawfor@burr.com

July 20, 2005

**VIA FEDERAL EXPRESS**

05mc145

Clerk of Court
United States District Court
District of Delaware
844 N. King Street, Room 4209
Wilmington, DE 19801

Re:   Registration of Judgment from United States District Court, Northern District of Alabama

Dear Clerk:

Please find enclosed the original and two copies of a Certification of Judgment for Registration in Another District for *AmSouth Bank v. Wall Street Deli Systems, Inc.*, et al., CV-03-AR-3136-S, United States District Court for the Northern District of Alabama. Please file the original and stamp the two copies. Please return the two copies in the enclosed postage-paid envelope. Also enclosed is a check in the amount of $39.00 for payment of the fees for the registration of the judgment.

Thank you for your prompt assistance. Should you have any questions, please do not hesitate to contact me at (800) 438-2877, extension 5374.

Yours very truly,

Julie Crawford

Julie Crawford
Paralegal

JC/jc
Enclosures

Birmingham   •   Montgomery   •   Atlanta   •   Jackson

1379295